PHILIP D. DRACHT  (SBN 219044)
pdracht@fabianvancott.com
SCOTT M. PETERSEN (*PRO HAC VICE FORTHCOMING*)
spetersen@fabianvancott.com
FABIAN VANCOTT
95 S. State Street, Suite 2300
Salt Lake City, UT 84111
Telephone:  (801) 531-8900
Facsimile:  (801) 596-2814

Attorneys for Defendants,
Aetna Health of California, Aetna
Health and Life Insurance Company,
and Aetna Life Insurance Company.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNAMIC BEHAVIORAL HEALTH, LLC d/b/a MONTARE AT THE OASIS,<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEALTH OF CALIFORNIA, INC., AETNA HEALTH AND LIFE INSURANCE COMPANY, and AETNA LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:25-cv-03701<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed: April 25, 2025<br><br>Current Deadline to Answer or Respond:  May 23, 2025<br><br>Proposed Deadline to Answer or Respond:<br>June 13, 2025 |

1     **IT IS HEREBY STIPULATED**, pursuant to L.R. 7-1, by the undersigned parties, by and between Plaintiff DYNAMIC BEHAVIORAL HEALTH, LLP d/b/a MONTARE AT THE OASIS, and Defendants Aetna Health of California, Inc., Aetna Health and Life Insurance Company, and Aetna Life Insurance Company ("Defendants"), by and through their respective counsel of record, that Defendants may have an additional three weeks to answer or otherwise respond to the Plaintiff's Complaint, which extends the Defendants' deadline from May 23, 2025 to, and including June 13, 2025.

    Good cause supports the stipulated request because the parties have had preliminary discussions regarding settlement which could obviate the need for Defendants to answer or otherwise respond to the Complaint. As such, the parties agree that additional time is appropriate before Defendants should have to answer or otherwise respond to the Complaint.

    The Parties further represent to the Court that there I no prejudice to any party by granting this extension.

    **IT IS SO STIPULATED.**

Dated: May 23, 2025                  FABIAN VANCOTT

                                         By: */s/ Philip D. Dracht*
                                               Philip D. Dracht
                                               Scott M. Petersen
                                               Attorneys for Defendants,
                                               Aetna Health of California, Inc.,
                                               Aetna Health and Life Insurance
                                               Company, and Aetna Life Insurance
                                               Company.

Dated: May 23, 2025

POLSINELLI, LLP

By: */s/Zachary E. Rothenberg*
Zachary E. Rothenberg
Tiffany Hansen
Josh Arters
Attorneys for Plaintiff, Dynamic Behavioral Health LLC dba Montare at the Oasis

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned attests that all other signatories listed and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Philip Dracht*
Philip Dracht