UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DYNAMIC BEHAVIORAL HEALTH, LLC d/b/a MONTARE AT THE OASIS,

Plaintiff,

v.

AETNA HEALTH OF CALIFORNIA, INC., AETNA HEALTH AND LIFE INSURANCE COMPANY, and AETNA LIFE INSURANCE COMPANY, and DOES 1-10,

Defendants.

CASE NO.: 2:25-cv-03701

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT**

**(FIRST REQUEST)**

Complaint Filed:  April 25, 2025

Pursuant to a joint stipulation of the Parties and good cause appearing therefore, it is hereby ordered that the deadline for Defendants to answer or otherwise respond to the Plaintiff's Complaint is extended from May 23, 2025 to, and including, June 13, 2025.

DATED:  _____

_____
Honorable Fernando L. Aenlle-Rocha
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT