# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dynamic Behavioral Health LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-cv-03701-FLA-MBK |
| v. | |
| Aetna Health of California, Inc. et al | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

Aetna Life Insurance Company et al.   ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

☐ to substitute  David D. Piper                                                        who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1 World Trade Center, Suite 2050
*Street Address*

Long Beach, CA, 90831                          dpiper@stradley.com
*City, State, Zip*                                *E-Mail Address*

562-366-1649                                      179889
*Telephone Number*      *Fax Number*         *State Bar Number*

as attorney of record instead of  Philip D. Dracht

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____          _____
U. S. District Judge/U.S. Magistrate Judge