| | |
|---|---|
| 1 | DAVID D. PIPER  (SBN: 179889) |
| 2 | dpiper@stradley.com<br>STRADLEY RONON STEVENS & YOUNG |
| 3 | 1 World Trade Center, Suite 2050<br>Long Beach, CA 90831 |
| 4 | 562-366-1649 |
| 5 | JORDANN R. CONABOY (PRO HAC VICE FORTHCOMING)<br>jconaboy@stradley.com |
| 6 | STRADLEY RONON STEVENS & YOUNG<br>2005 Market Street, Suite 2600 |
| 7 | Philadelphia, PA 19103<br>215-564-8081 |
| 8 | Attorneys for Defendants, |
| 9 | Aetna Health of California, Aetna<br>Health and Life Insurance Company, |
| 10 | and Aetna Life Insurance Company |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DYNAMIC BEHAVIORAL HEALTH, LLC d/b/a MONTARE AT THE OASIS, | ) ) ) | CASE NO.: 2:25-cv-03701 |
| Plaintiff, | ) ) ) ) ) | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO MOVE, ANSWER, OR RESPOND TO THE COMPLAINT** |
| v. | ) ) | **(SECOND REQUEST)** |
| AETNA HEALTH OF CALIFORNIA, INC., AETNA HEALTH AND LIFE INSURANCE COMPANY, and AETNA LIFE INSURANCE COMPANY, and DOES 1-10, | ) ) ) ) ) ) ) | Complaint Filed: April 25, 2025<br><br>Current Deadline to Answer or Respond:  June 13, 2025<br><br>Proposed Deadline to Answer or Respond: July 14, 2025 |
| Defendants. | ) ) ) | |

-2-

1    **IT IS HEREBY STIPULATED**, pursuant to L.R. 7-1, by and between
2    Plaintiff Dynamic Behavioral Health, LLP d/b/a Montare at the Oasis ("Plaintiff"),
3    and Defendants Aetna Health of California, Inc., Aetna Health and Life Insurance
4    Company, and Aetna Life Insurance Company ("Defendants"), that Defendants
5    may have an additional 30 days to move, answer, or otherwise respond to the
6    Plaintiff's Complaint, which extends the Defendants' deadline from June 13, 2025
7    to and including July 14, 2025.

8    Good cause supports the stipulated request because the parties have had
9    preliminary discussions regarding settlement which could obviate the need for
10   Defendants to move, answer, or otherwise respond to the Complaint, and new
11   counsel has substituted in for Defendants. Further, Defendants need additional
12   time to work with Plaintiff to get information about the claims at issue to allow
13   them to move, answer, or otherwise respond to the specific factual allegations in
14   the Complaint. As such, the parties agree that additional time is appropriate before
15   Defendants should have to move, answer, or otherwise respond to the Complaint.

The Parties further represent to the Court that there is no prejudice to any party by granting this extension.

**IT IS SO STIPULATED.**

Dated: June 6, 2025

STRADLEY RONON STEVENS & YOUNG

By: /s/ David D. Piper
David D. Piper
Jordann R. Conaboy (pro hac vice forthcoming)
Attorneys for Defendants,
Aetna Health of California, Inc.,
Aetna Health and Life Insurance Company, and Aetna Life Insurance Company.

Dated: June 6, 2025

POLSINELLI, LLP

By: /s/ Zachary E. Rothenberg
(signed with permission)
Zachary E. Rothenberg
Tiffany Hansen
Josh Arters
Attorneys for Plaintiff, Dynamic Behavioral Health LLC dba Montare at the Oasis

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned attests that all other signatories listed and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Jordann R. Conaboy
Jordann R. Conaboy