UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNAMIC BEHAVIORAL HEALTH, LLC d/b/a MONTARE AT THE OASIS,<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEALTH OF CALIFORNIA, INC., AETNA HEALTH AND LIFE INSURANCE COMPANY, and AETNA LIFE INSURANCE COMPANY, and DOES 1-10,<br>Defendants. | CASE NO.: 2:25-cv-03701<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO MOVE, ANSWER, OR RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>Complaint Filed:  April 25, 2025 |

Pursuant to a joint stipulation of the Parties and good cause appearing, it is hereby ordered that the deadline for Defendants to move, answer, or otherwise respond to the Plaintiff's Complaint is extended from June 13, 2025 to and including July 14, 2025.

DATED: _____

_____
Honorable Fernando L. Aenlle-Rocha
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT