# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dynamic Behavioral Health LLC,<br><br>Plaintiff(s)<br>v.<br>Aetna Health of California, Inc., et al.,<br><br>Defendant(s) | CASE NUMBER<br><br>2:25-cv-03701-FLA (MBKx)<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

**Aetna Health and Life Ins. Co., et al.**  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute **David D. Piper** who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

**1 World Trade Center, Suite 2050**
*Street Address*

**Long Beach, CA 90831**  **dpiper@stradley.com**
*City, State, Zip*  *E-Mail Address*

**562-366-1649**    **179889**
*Telephone Number*  *Fax Number*  *State Bar Number*

as attorney of record instead of **Philip D. Dracht**
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  June 11, 2025

*[signature]*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY